IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.,** | Civil Action No. 1:21-cv-00242-SJD-SKB |
| **Plaintiffs,** | Judge Susan J. Dlott |
| v. | |
| **STEADFAST INSURANCE CO., ZURICH AMERICAN INSURANCE CO. and GREAT AMERICAN ASSURANCE CO.,** | ORDER |
| **Defendants.** | |

Now before the Court is Plaintiffs The Home Depot, Inc. and Home Depot U.S.A., Inc. and Defendants Steadfast Insurance Co. and Zurich American Insurance Co.'s ("Zurich") Joint Motion to Dismiss Without Prejudice [ECF No. 10].  The movants report that they have reached an agreement to dismiss all claims against Zurich without prejudice.  Thus, for good cause shown, this Court **GRANTS** the Joint Motion to Dismiss and **DISMISSES** all claims against Zurich **WITHOUT PREJUDICE**.

SO ORDERED this 2nd day of June, 2021

S/Susan J. Dlott_____
The Honorable Susan J. Dlott
United States District Court Judge