# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**STEADFAST INSURANCE CO. and GREAT AMERICAN ASSURANCE CO.,**<br><br>　　　　　　　　　　**Defendants.** | Civil Action No. 1:21-cv-00242-SJD<br><br>Judge Susan Dlott<br><br>**PROPOSED ORDER MODIFYING THE SCHEDULING ORDER** |

　　　　Now before the Court is Plaintiffs The Home Depot, Inc. and Home Depot U.S.A., Inc. (together "Home Depot") and Defendants Steadfast Insurance Co. and Great American Assurance Co.'s Joint Motion for Modification of the Scheduling Order.  For good cause shown, the Joint Motion is **GRANTED**.  The briefing deadlines in this case are as follows:

　　　　Friday, Nov. 18:  Deadline for the Defendants to respond to Home Depot's *Daubert* motion and for Home Depot to respond to the cross motions for summary judgment and serve a reply in support of Home Depot's summary judgment motion.

　　　　Friday, Dec. 16: Deadline for Home Depot to serve its *Daubert* reply and for Defendants to serve their summary judgment reply brief.

**SO ORDERED.**

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Susan J. Dlott
　　　　　　　　　　　　　　　　　　　　　United States District Judge

#3476813v1

**Proposed Order prepared by:**

*/s/ Michael R. Baumrind*
Peter J. O'Shea (0086560)
KATZ TELLER BRANDT & HILD
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
Telephone: (513) 721-4532
poshea@katzteller.com

Ronan P. Doherty (*admitted pro hac vice*)
Michael R. Baumrind (*admitted pro hac vice*)
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100
doherty@bmelaw.com
baumrind@bmelaw.com

**Counsel for Plaintiffs The Home Depot, Inc. and Home Depot U.S.A., Inc.**