# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE CO. and GREAT AMERICAN ASSURANCE CO.,<br><br>   Defendants. | Civil Action No. 1:21-cv-00242-SJD-SKB<br><br>Judge Susan Dlott<br><br>Magistrate Judge Stephanie Bowman<br><br><u>**NOTICE OF FILING EXHIBITS TO RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**</u> |

Pursuant to this Court's Standing Order § E(3), Plaintiffs The Home Depot, Inc. and Home Depot U.S.A., Inc. (together, "Home Depot") provide this Notice of Filing Exhibits to its Response to Defendants' Motion for Partial Summary Judgment on Liability ("Response"). Attached hereto are the following exhibits:

1. **Exhibit 1**: Second Declaration of Michael R. Baumrind

2. Baumrind Declaration, **Exhibit A**: Rule 26(f) Report, *Target Corp. v. ACE Am. Ins. Co. et al.*, No. 19-cv-2916 (WMW/DTS) (D. Minn. Feb. 25, 2020) (Doc. 20).

3. Baumrind Declaration, **Exhibit B**: Briefing Order, *Target*, No. 19-cv-2916 (D. Minn. Mar. 11, 2020) (Doc. 24).

4. Baumrind Declaration **Exhibit C**: Certified Policy Record, *Camp's Grocery, Inc. v. State Farm Fire & Casualty Co.*, No. 4:16-cv-0204-JEO (N.D. Ala. May 11, 2016) (Doc. 11-3).

*Signatures on following page.*

#3485348v1

*/s/ Peter J. O'Shea*
Peter J. O'Shea (0086560)
KATZ TELLER BRANDT & HILD
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202
Telephone: (513) 721-4532
poshea@katzteller.com

Ronan P. Doherty (*admitted pro hac vice*)
Michael R. Baumrind (*admitted pro hac vice*)
BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: (404) 881-4100
doherty@bmelaw.com
baumrind@bmelaw.com

**Counsel for Plaintiffs The Home Depot, Inc. and Home Depot U.S.A., Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, the foregoing **NOTICE OF FILING EXHIBITS TO RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY** was filed using the CM/ECF system, which will automatically provide notice to all counsel of record by electronic means.

*/s/ Michael R. Baumrind*
Michael R. Baumrind *(admitted pro hac vice)*

#3485348v1