EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THE HOME DEPOT, INC., ET AL., | |
| Plaintiffs, | Civil Action No. 1:21-cv-00242 |
| v. | District Judge Susan J. Dlott |
| STEADFAST INSURANCE CO., ET AL., | Magistrate Judge Stephanie Bowman |
| Defendants. | **SECOND DECLARATION OF MICHAEL BAUMRIND IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Michael Baumrind, hereby declare:

1. I am an attorney-at-law of the State of Georgia and an associate at the law firm of Bondurant, Mixson & Elmore, LLP, attorneys for Plaintiffs in the above-captioned matter.

2. The documents attached hereto as Exhibits A and B are true and correct copies of public filings in *Target Corp. v. ACE American Insurance Co.*, No. 19-CV-2916 (WMW/DTS), 2022 WL 848095 (D. Minn. Mar. 22, 2022), *motion to certify appeal denied*, No. 19-CV-2916 (WMW/DTS), 2022 WL 4592094 (D. Minn. Sept. 30, 2022), downloaded directly from PACER.

3. The document attached hereto as Exhibit C is a true and correct copy of a public filing in *Camp's Grocery, Inc. v. State Farm Fire & Casualty Co.*, No. 4:16-CV-0204-JEO, 2016 WL 6217161, at *2 (N.D. Ala. Oct. 25, 2016), also downloaded directly from PACER.

*Signature follows on the next page.*

#3484981v1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this this declaration was executed in Fulton County, Georgia on November 18, 2022.

*/s/ Michael R. Baumrind*
Michael R. Baumrind

#3484981v1