**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 01, 2023

Mr. Michael Baumrind
Bondurant, Mixson & Elmore
1201 W. Peachtree Street, N.W.
Suite 3900
Atlanta, GA 30309-3417

Mr. Charles S Dameron
Latham & Watkins
555 11th Street, N.W.
Suite 1000
Washington, DC 20004

Mr. Ronan Patrick Doherty
Bondurant, Mixson & Elmore
1201 W. Peachtree Street, N.W.
Suite 3900
Atlanta, GA 30309-3417

Ms. Sarah V. Geiger
Keating, Muething & Klekamp
One E. Fourth Street
Suite 1400
Cincinnati, OH 45202

Mr. Jordan Goldberg
Latham & Watkins
555 11th Street, N.W.
Suite 1000
Washington, DC 20004

Mr. Roman Martinez
Latham & Watkins
555 11th Street, N.W.
Suite 1000
Washington, DC 20004

Mr. Peter J. O'Shea
Katz Teller Brant & Hild
255 E. Fifth Street
Suite 2400
Cincinnati, OH 45202

Ms. Rachael A. Rowe
Keating, Muething & Klekamp
One E. Fourth Street
Suite 1400
Cincinnati, OH 45202

Mr. Charles E. Spevacek
Meagher & Geer
33 S. Sixth Street
Suite 4300
Minneapolis, MN 55402-3722

Mr. Alexander Tibor
Meagher & Geer
33 S. Sixth Street
Suite 4300
Minneapolis, MN 55402-3722

      Re: Case No. 23-3765, *Home Depot, Inc., et al v. Steadfast Insurance Company, et al*
        Originating Case No. : 1:21-cv-00242

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

            Sincerely yours,

            s/Connie A. Weiskittel
            Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 23-3765

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

HOME DEPOT, INC.; HOME DEPOT U.S.A., INC.

    Plaintiffs - Appellants Cross-Appellees [23-3720, 23-3764 & 23-3765]

v.

STEADFAST INSURANCE COMPANY

    Defendant - Appellee Cross-Appellant [23-3720 & 23-3764]

GREAT AMERICAN ASSURANCE COMPANY

    Defendant - Appellee Cross-Appellant [23-3720 & 23-3765]

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,**
        **RULES OF THE SIXTH CIRCUIT**
        Kelly L. Stephens, Clerk

Issued: November 01, 2023

        *Kelly L. Stephens*