# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 14, 2025

Mr. Richard W. Nagel
U.S. District Court
  for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 23-3720, *Home Depot, Inc., et al v. Steadfast Insurance Company, et al*
Originating Case No. 1:21-cv-00242

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Sharday Swain, Case Manager

cc: Mr. Michael Baumrind
  Mr. Steven Cantarutti
  Mr. Kevin Timothy Coughlin
  Mr. Ronan Patrick Doherty
  Mr. Patrick Florentino
  Ms. Sarah V. Geiger
  Mr. Jordan Goldberg
  Mr. Roman Martinez
  Ms. Jennifer L. Mesko
  Ms. Suzanne Cocco Midlige
  Mr. Peter J. O'Shea
  Ms. Rachael A. Rowe
  Mr. Benjamin C. Sasse

    Mr. Charles E. Spevacek
    Mr. Alexander V. Tibor
    Mr. Kevin M. Young

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-3720

_____

Filed: February 14, 2025

HOME DEPOT, INC.; HOME DEPOT U.S.A., INC.

    Plaintiffs - Appellants

v.

STEADFAST INSURANCE COMPANY; GREAT AMERICAN ASSURANCE COMPANY

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 01/13/2025 the mandate for this case hereby issues today.

COSTS:  None